IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JONATAN RODRIGUEZ, | § | |
| | § | No. 547, 2015 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1112016434 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: June 10, 2016
Decided: August 29, 2016

Before **STRINE**, Chief Justice; **HOLLAND** and **SEITZ**, Justices.

## O R D E R

This 29th day of August 2016, the Court has carefully considered the parties' briefs and the record on appeal from the Superior Court's denial of a motion for postconviction relief filed by the appellant, Jonatan Rodriguez. We conclude that the Superior Court's judgment should be affirmed on the basis of the court's order dated September 10, 2015, which adopted the Superior Court Commissioner's thorough and well-reasoned report and recommendation dated August 3, 2015.[1]

---

[1] *State v. Rodriguez*, 2015 WL 5675796 (Del. Super. Sept. 10, 2015) *adopting* 2015 WL 4639236 (Del. Super. Aug. 3, 2015) (Comm'r Report and Recommendation).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice